[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 09-14652
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 3, 2010
JOHN LEY
CLERK

D. C. Docket No. 09-00073-CR-J-32-MCR

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

IVAN JOSEPH ECCLES,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(June 3, 2010)

Before BIRCH, MARTIN and KRAVITCH, Circuit Judges.

PER CURIAM:

Sylvia A. Irvin, counsel for Ivan Joseph Eccles, has moved to withdraw from

further representation of the appellant and filed a brief pursuant to *Anders v.*

*California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because

independent examination of the entire record reveals no arguable issues of merit,

counsel's motion to withdraw is **GRANTED**, and Eccles's conviction and

sentence are **AFFIRMED.**